**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DONNA L. ELWELL**                                                                         **PLAINTIFF**

**v.**                            **CASE NO. 3:15CV00116 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                         **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review, it is concluded the recommendation disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, plaintiff Donna Elwell's lawsuit is dismissed, without prejudice.

IT IS SO ORDERED this 27th day of July 2015.

                                                                           _/s/ Brian S. Miller_
                                                                    UNITED STATES DISTRICT JUDGE