IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONNA L. ELWELL**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 3:15CV00116 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 27th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE