IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONNA L. ELWELL**                                                                                   **PLAINTIFF**

**v.**                                **CASE NO. 3:15CV00116 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## AMENDED JUDGMENT

Consistent with the amended order entered on this day, the July 27, 2015, judgment is hereby amended to reflect that this case is dismissed with prejudice.

DATED this 6th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE